# United States Court of Appeals
# for the Fifth Circuit

―――――――――

No. 23-10200
Summary Calendar

―――――――――

United States of America,

*Plaintiff—Appellee*,

*versus*

Luis Carlos Moreno,

*Defendant—Appellant*.

―――――――――――――――――――――――

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CR-281-1

―――――――――――――――――――――――

Before Wiener, Stewart, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Luis Carlos Moreno has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Moreno has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

―――――――――――――――――

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

United States Court of Appeals
Fifth Circuit

**FILED**

October 11, 2023

Lyle W. Cayce
Clerk

No. 23-10200

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.